H. C. HARNICKELL, Suing on Behalf of Himself and
    Others, Respondent, *v*. THE OMAHA WATER COMPANY,
    Appellant, and THE GUARANTY TRUST COMPANY OF
    NEW YORK, as Trustee, Respondent.

*Harnickell* v. *Omaha Water Co.*, 146 App. Div. 693, affirmed.
(Argued March 10, 1913; decided March 25, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 29, 1911, in favor of plaintiff upon the
submission of a controversy, under section 1279 of the
Code of Civil Procedure, as to whether the principal of
certain bonds had become due.

*Howard Mansfield* for appellant.

*Charles Howland Russell* and *Lansing P. Reed* for
respondents.

Judgment affirmed, with costs, on opinion of CLARKE, J.,
below.
    Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN,
CUDDEBACK and MILLER, JJ.   Absent: HISCOCK, J.